United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

———————————

No. 04-60214
(Summary Calendar)

———————————

DARLENE AVANT,

Plaintiff-Appellant,

v.

LOWE'S HOME CENTERS INC; ET AL

Defendants

LOWE'S HOME CENTERS INC; BRYAN WEINGARDNER, Individually and as an employee of
Lowe's; JEFF MARKELL, Individually and as an employee of Lowe's

Defendants-Appellees

———————————————————————————————————————

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:02-CV-88-M-D

———————————————————————————————————————

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Marlene Avant appeals the district court's order granting Lowe's Home Centers' motion for

summary judgment. We affirm the district court's judgment essentially for the reasons stated in its

memorandum opinion of February 7, 2004.

———————————————

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

AFFIRMED.